UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-11882-WGY

| | |
|---|---|
| ANN DURHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., and | ) |
| LUMBERMENS CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Blue Cross and Blue Shield of Massachusetts, Inc., in the above-captioned matter.

/s/  Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
 Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA  02115
(617) 246-3500
joseph.halpern@bcbsma.com

December 13, 2005