UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

ANN DURHAM,

2005 DEC 15 P 1:07

    Plaintiff

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 05-CV-11882-WGY

v.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
    Defendants

### PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Ann Durham, is a resident of the Commonwealth of Massachusetts. Her home address is 45 Poole Avenue, Brockton, MA. 02301.

2. The Defendant Blue Cross and Blue Shield of Massachusetts, Inc (hereinafter BCBSMA). is a Massachusetts Corporation with a principal place of business at 100 Summer Street, Boston, MA.

3. The Defendant Lumbermens Mutual Casualty Company is the Long Term Disability (LTD) carrier for the Defendant BCBSMA. It is a Delaware Corporation doing business in the Commonwealth of Massachusetts with a principal place of business located at 1 Kemper Drive, Long Grove, IL 60049-0001. Its Agent for the Service of Process of this Complaint is David F. Schmidt, Esq. Chittendon, Murday, & Novotny, 303 West Madison, Avenue, Chicago, IL 60606

### JURISDICTION AND VENUE

4. This Honorable Court has original jurisdiction over this matter pursuant to 29 U.S.C. 1132 (f) and 28 U.S.C. sec. 1331.

5. Venue in this Court is proper pursuant to 28 U.S.C. sec. 1391 (b) and (e) in that the Plaintiff resides and the Defendant BCBSMA does business in the Eastern District of Massachusetts and all of the events or omissions giving rise to the claims occurred in the Eastern District of Massachusetts.

## FACTS

6. The Plaintiff was and shall be employed by BCBSMA as Associate / Representative II during the period from September, 1997 until the termination of the two year social security eligibility period on December 31, 2005

7. As an employee of the Defendant, BSBSMA she was a participant and intended beneficiary of the Long Term Disability Plan funded by the Defendant, Lumbermens Mutual Casualty Company The premiums for her participation in the plan were deducted from her payroll each week

8. On or about July 18, 2003 the Plaintiff was disabled and prevented from performing her assigned work duties as a result of a severe pulmonary disorder

9. Under the terms of the BCBSMA Long Term Disability Plan as funded by the Defendant Lumbermens Mutual Casualty Company the Plaintiff became eligible to receive benefits under that plan on January 16, 2004.

10. Her application for said benefits was denied by the Defendant Lumbermens Mutual Casualty Company although adequate medical evidence was presented to substantiate her claim.

11. The Plaintiff's appeal of the denial of her claim for LTD benefits was denied by the Defendant, Lumbermens Mutual Casualty Company on January 17, 2005.

## COUNT I

12. The Plaintiff, Ann Durham, restates the allegations contained in paragraphs 1 through 11 as if specifically included herein.

13. As a participant and intended beneficiary the Plaintiff was entitled to the payment of Long Term Disability benefits by the BCBSMA plan as funded by Lumbermens Mutual Casualty Company

14. Adequate medical documentation was provided by the Plaintiff to demonstrate that she met the definition of "Disability" pursuant to the BCBSMA LTD policy.

15. The denial of her application and appeal makes her eligible "to recover benefits due her under the terms of her plan and to enforce her rights under the terms of the plan" pursuant to 29 USC 1132 (a)(1)(B).

Wherefore, the Plaintiff prays that this Honorable Court shall

1. enter judgment on her behalf,

2. award her the Long Term Disability benefits to which she was entitled to

receive to date from the January 16, 2004 effective date of her disability along with applicable interest,

3. order that the Defendants continue the payments of Long Term Disability under the plan until her 65th birthday.

4. award her the costs and attorneys fees of this action

5. grant such other relief as it finds fitting and just

**THE PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS SO TRIABLE**

The Plaintiff
By her attorney

Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
BBO # 548124
( 978) 474-8846