AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT

2005 DEC 15 P 1: 08

EASTERN District of MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANN DURHAM
   Plaintiff
         v.

BLUE CROSS & BLUE SHIELD OF
MASSACHUSETTS, INC. and
LUMBERMENS MUTUAL CASUALTY
COMPANY
   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05- ̃ ̃ ̃2WGY**

TO: (Name and address of Defendant) LUMBERMENS MUTUAL CASUALTY COMPANY
1 Kemper Drive
Long Grove, IL 60049-0001

c/o Attorney David F. Schmidt
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Collins, Esq. 10 Main Street, Suite L9, Andover, MA. 01810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK SARAH A. THORNTON

DATE 9-16-05

(By) DEPUTY CLERK

# THOMAS P. COLLINS
## ATTORNEY AT LAW
10 MAIN STREET
SUITE L9
ANDOVER, MASSACHUSETTS 01810

Tel. No. 1 (978) 475-8846
Fax No. 1 (978) 475-7947

FILED
IN CLERKS OFFICE

2005 DEC 15 P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 21, 2005

Attorney David F. Schmidt, Esq.
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606

Re: Durham v. BCBSMA & Lumbermens Mutual Casualty Company
    Federal District Court of Massachusetts C.A. 05-CV-11882-WGY

Dear Attorney Schmidt,

    Enclosed please find the summons directed to Lumbermens Mutual Casualty Company in the above referenced matter along with a copy of the complaint. Please fill out the acknowledgment of service on the summons and return it to this office.

    Thank you for your courtesy and assistance in this matter.

Very truly yours,

Thomas P. Collins

---

**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 11/28/05

1. Article Addressed to:
Atty. David Schmidt
Chittendon, Murday + Novotny
303 West Madison Ave.
Chicago, IL 60606

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2890 0004 2146 5871

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540