AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 DEC 15 P 1:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

ANN DURHAM
   Plaintiff
V.
BLUE CROSS & BLUE SHIELD OF
MASSACHUSETTS, INC. and
LUMBERMENS MUTUAL CASUALTY
COMPANY
   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11882WGY**

TO: (Name and address of Defendant) BLUE CROSS & BLUE SHIELD OF MASSACHUSETTS, INC.
100 Summer Street,
Boston, MA. 02111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Thomas P. Collins, Esq. 10 Main Street, Suite L9, Andover, MA. 01810

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    9-16-05
CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>NOVEMBER 29, 2005 |
| NAME OF SERVER (PRINT)<br>BURTON M. MALKOFSKY | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): IN HAND TO MR. DARYLE HARRIS, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT BLUE CROSS & BLUE SHIELD OF MASS., INC.-SAID SERVICE WAS MADE AT 470 PARK DRIVE, BOSTON, MASS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$5.00 | SERVICES<br>$25.00 | TOTAL $0.00 $30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOV. 29, 2005    *(signature)* Burton M. Malkofsky
          Date                          Signature of Server

                       707 E. 6th ST., SOUTH BOSTON, MASS.
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.