UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DURHAM,

        Plaintiff

CIVIL ACTION NO. 05-CV-11882-WGY

v.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
        Defendants

### AFFIDAVIT OF THOMAS P. COLLINS, ESQ. DOCUMENTING SERVICE ON DEFENDANTS

    I, Thomas P. Collins, Esq., 10 Main Street, Suite L9, Andover, MA. 01810 having ben duly sworn on oath do depose and state.

    1. On or about September 16, 2005 I filed the complaint in this matter on behalf of the Plaintiff.

    2. Subsequent to its filing, I received an e-mail from Attorney David F. Schmidt, Esq. Chittendon, Murday, & Novotny, 303 West Madison Avenue, Chicago, IL 60606 stating that the originally named Co-Defendant Broadspire Services, Inc. should be replaced with the actual insurance carrier for the Long Term Disability plan that is in effect for employees of the Defendant Blue Cross and Blue Shield of Massachusetts, Inc. and that he would execute an affidavit of waiver of service pursuant to F.R.C.P. 4 ( d ) with respect to that entity.

    3. Based upon that correspondence and prior to the service on the named Defendants or the filing of a responsive pleading I served a copy of an amended complaint upon both the Defendants, Blue Cross and Blue Shield of Massachusetts, Inc. by delivery to their 100 Sumer Street, Boston, MA. address and Lumbermens Mutual Casualty Company by certified mail to Attorney Schmidt.

    4. I have included the original of the summons with the return of service on Blue Cross and Blue Shield of Massachusetts, Inc. and the mailing to Attorney Schmidt.

    5. I shall file forthwith the waiver of service affidavit pursuant to F.R.C.P. 4 ( d ) upon its return receipt from Attorney Schmidt. He has e-mailed me that said return is forthcoming

    Signed under the pains and penalties of perjury this 14th day of December, 2005

                                                  Thomas P. Collins, Esq.