# THOMAS P. COLLINS
## ATTORNEY AT LAW
10 MAIN STREET
SUITE L9
ANDOVER, MASSACHUSETTS 01810

Tel. No. 1 (978) 475-8846
Fax No. 1 (978) 475-7947

FILED
IN CLERK'S OFFICE

2005 DEC 15 P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 25, 2005

Attorney David F. Schmidt, Esq.
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606

Re: Durham v. BCBSMA & Lumbermens Mutual Casualty Company
   Federal District Court of Massachusetts C.A. 05-CV-11882-WGY

Dear Attorney Schmidt,

    Enclosed please find two copies of the waiver of service of summons upon Lumbermens Mutual Casualty Company in the above referenced matter. I had previously forwarded to you a copy of the complaint. Please return this to this office in the enclosed prestamped envelope.

    Thank you for your courtesy and assistance in this matter.

Very truly yours,

Thomas P. Collins

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DURHAM,

      Plaintiff

CIVIL ACTION NO. 05-CV-11882-WGY

v.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
BROADSPIRE SERVICES, INC.
                    Defendant

## WAIVER OF SERVICE OF SUMMONS

TO: Attorney Thomas P. Collins, 10 Main Street, Suite L9, Andover, MA. 01810

     I, David F. Schmidt, Esq. Chittendon, Murday, & Novotny, 303 West Madison Avenue, Chicago, IL 60606 on behalf of the Defendant, Lumbermens Mutual Casualty Company acknowledge receipt of your request that I waive service of summons upon Lumbermens Mutual Casualty Company in the above captioned matter.

     I have also received a copy of the complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Lumbermens Mutual Casualty Company be served with judicial process in the manner provided by Rule 4

     Lumbermens Mutual Casualty Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against Lumbermens Mutual Casualty Company if an answer or motion under Rule 12 is not served upon you within 60 days after November 28, 2005

_____
Dated

_____
David F. Schmidt, Esq.
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606
as Attorney for and authorized by
Lumbermens Mutual Casualty Company

## CERTIFICATE OF SERVICE

I, Thomas P. Collins, Esq. hereby certify that I have on this date forwarded a copy of the foregoing to the Counsel of Record

David F. Schmidt, Esq.
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606

Dated  11/25/05

Thomas P. Collins, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DURHAM,

      Plaintiff

CIVIL ACTION NO. 05-CV-11882-WGY

v.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
      Defendants

### PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

#### PARTIES

1. The Plaintiff, Ann Durham, is a resident of the Commonwealth of Massachusetts. Her home address is 45 Poole Avenue, Brockton, MA. 02301.

2. The Defendant Blue Cross and Blue Shield of Massachusetts, Inc (hereinafter BCBSMA). is a Massachusetts Corporation with a principal place of business at 100 Summer Street, Boston, MA.

3. The Defendant Lumbermens Mutual Casualty Company is the Long Term Disability (LTD) carrier for the Defendant BCBSMA. It is a Delaware Corporation doing business in the Commonwealth of Massachusetts with a principal place of business located at 1 Kemper Drive, Long Grove, IL 60049-0001. Its Agent for the Service of Process of this Complaint is David F. Schmidt, Esq. Chittendon, Murday, & Novotny, 303 West Madison, Avenue, Chicago, IL 60606

#### JURISDICTION AND VENUE

4. This Honorable Court has original jurisdiction over this matter pursuant to 29 U.S.C. 1132 (f) and 28 U.S.C. sec. 1331.

5. Venue in this Court is proper pursuant to 28 U.S.C. sec. 1391 (b) and (e) in that the Plaintiff resides and the Defendant BCBSMA does business in the Eastern District of Massachusetts and all of the events or omissions giving rise to the claims occurred in the Eastern District of Massachusetts.

## FACTS

6. The Plaintiff was and shall be employed by BCBSMA as Associate / Representative II during the period from September, 1997 until the termination of the two year social security eligibility period on December 31, 2005

7. As an employee of the Defendant, BSBSMA she was a participant and intended beneficiary of the Long Term Disability Plan funded by the Defendant, Lumbermens Mutual Casualty Company The premiums for her participation in the plan were deducted from her payroll each week

8. On or about July 18, 2003 the Plaintiff was disabled and prevented from performing her assigned work duties as a result of a severe pulmonary disorder

9. Under the terms of the BCBSMA Long Term Disability Plan as funded by the Defendant Lumbermens Mutual Casualty Company the Plaintiff became eligible to receive benefits under that plan on January 16, 2004.

10. Her application for said benefits was denied by the Defendant Lumbermens Mutual Casualty Company although adequate medical evidence was presented to substantiate her claim.

11. The Plaintiff's appeal of the denial of her claim for LTD benefits was denied by the Defendant, Lumbermens Mutual Casualty Company on January 17, 2005.

## COUNT I

12. The Plaintiff, Ann Durham, restates the allegations contained in paragraphs 1 through 11 as if specifically included herein.

13. As a participant and intended beneficiary the Plaintiff was entitled to the payment of Long Term Disability benefits by the BCBSMA plan as funded by Lumbermens Mutual Casualty Company

14. Adequate medical documentation was provided by the Plaintiff to demonstrate that she met the definition of "Disability" pursuant to the BCBSMA LTD policy.

15. The denial of her application and appeal makes her eligible "to recover benefits due her under the terms of her plan and to enforce her rights under the terms of the plan" pursuant to 29 USC 1132 (a)(1)(B).

    Wherefore, the Plaintiff prays that this Honorable Court shall

        1. enter judgment on her behalf,

        2. award her the Long Term Disability benefits to which she was entitled to

receive to date from the January 16, 2004 effective date of her disability along with applicable interest,

3. order that the Defendants continue the payments of Long Term Disability under the plan until her 65th birthday.

4. award her the costs and attorneys fees of this action

5. grant such other relief as it finds fitting and just

**THE PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS SO TRIABLE**

                                            The Plaintiff
                                            By her attorney

                                            Thomas P. Collins, Esq.
                                            10 Main Street, Suite L9
                                            Andover, MA. 01810
                                            BBO # 548124
                                            ( 978) 474-8846