UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br>    Plaintiff<br><br>v.<br><br>BLUE CROSS and BLUE SHIELD of<br>MASSACHUSETTS, INC. and<br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>    Defendants | CIVIL ACTION NO. 05-11882-WGY |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Lumbermens Mutual Casualty Company in the above-entitled case.

/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr.
BBO No. 426840

/s/ Peter F. Carr, II
Peter F. Carr, II
BBO No. 600069
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
(617) 342-6800

March 3, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 3/7/06
By: /s/ E. S. Rooney, Jr.

{K0320577.1}