UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br>            Plaintiff<br><br>        v.<br><br>BLUE CROSS and BLUE SHIELD of<br>MASSACHUSETTS, INC. and<br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.  05-11882-WGY |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the defendants Blue Cross and Blue

Shield of Massachusetts, Inc. and Lumbermens Mutual Casualty Company in the above-

entitled case.

/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr.
BBO No. 426840

/s/ Peter F. Carr, II
Peter F. Carr, II
BBO No. 600069
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
(617) 342-6800

March 3, 2006

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the
ECF system will be sent electronically to the registered
participants as identified on the Notice of Electronic Fil-
ing (NEF) and paper copies will be sent to those indi-
cated as non-registered participants on 3/7/06
By: _____

{K0320577.1}