UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 10  P 1:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANN DURHAM,

      Plaintiff

v.

CIVIL ACTION NO. 05-CV-11882-WGY

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
      Defendants

**PARTIES JOINT SCHEDULING CONFERENCE STATEMENT**

      Pursuant to Local Rule 16.1 (D) the above parties through their respective counsel of record hereby file this Joint Statement.

1. the following agenda for the scheduling conference of March 20, 2006 relative to the above referenced matter has been agreed to by the parties.

    a.  The establishment of a schedule for the completion of the case. Specifically the expediting of the schedule due to the deteriorating health condition of the Plaintiff.

    b.  The possibility of mediation or other alternate means of disposition

2. the following schedule for proceeding in this matter has been agreed to by the parties

    As this is a case brought pursuant to 29 USC 1132 (a)(1)(B) the matter should be decided on cross motions for Summary Judgment based upon the administrative record.

    a. The providing of a full copy of the administrative record to the Plaintiff on or before April 20, 2006

    b.  The filing of dispositive motions by the Defendants on or before June 20, 2006

    c.  The filing of the Plaintiff's response on or before July 20, 2006

    d.  The filing of a reply to Plaintiff's response on or before August 3, 2006

    e.  The hearing of said motions at the court's discretion as expeditiously as possible

3. The Plaintiff would consent to a hearing of these motions before a magistrate judge.

4. The Plaintiff would suggest a referral to mediation in as timely a manner as possible. Again the issue of the her health condition is my principal concern.

| The Plaintiff, Ann Durham, By her attorney | The Defendants, By their Attorneys |
|---|---|
| *[signature]* | *[signature]* Edward S. Rooney (TPC) |
| Thomas P. Collins, | Attorney Edward S. Rooney |
| 10 Main Street, Suite L9 | Eckert Seamans Cherin &Mellott,LLC |
| Andover, MA. 01810 | One International Place, 18th Floor |
| BBO # 548124 | Boston, MA. 02110 |
| (978)475-8846 | |

*[signature]* Peter Francis Carr (TPC)

Attorney Peter Francis Carr
Eckert Seamans Cherin &Mellott,LLC
One International Place, 18th Floor
Boston, MA. 02110


Attorney Joseph D. Halpern
BCBS Law Department
401 Park Drive
Boston, MA. 02215

*[signature]* David F. Schmidt (TPC)

Attorney David F. Schmidt, Esq.
Chittendon, Murday, & Novotny
303 West Madison Avenue
Chicago, IL 60606