UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
IN CLERKS OFFICE

2006 MAR 10 P 1: 35

ANN DURHAM,

       Plaintiff

v.

CIVIL ACTION NO. 05-CV-11882-WGY DISTRICT COURT DISTRICT OF MASS.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
                Defendants

PLAINTIFF'S CERTIFICATION PURSUANT TO SCHEDULING ORDER

    **Ann Durham,** the Plaintiff in the above captioned matter, and Thomas P. Collins, Esq. hereby certify to this Honorable Court that they have conferred this date for the purposes of.

1. establishing a budget for the costs of conducting the full course---and various alternative courses--- for the litigation; and.

    Plaintiff and Counsel have discussed the potential costs of depositions and expert witness fees and the approximate amounts that are necessary should the case go to trial and if a settlement could be reached through mediation or alternative dispute resolution.

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

               Plaintiff and Counsel have discussed ADR options such as mediation and are willing to agree to this approach should the Defendant be so inclined.

_____  
Ann Durham

March 9, 2006

_____  
Witness

_____  
Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
MA BBO # 548124
(978) 475-8846