UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11882-WGY

| | |
|---|---|
| ANN DURHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., and | ) |
| LUMBERMENS CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

RULE 16.1(D)(3) CERTIFICATE

Undersigned counsel, who is Deputy General Counsel and Vice-President of defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("Blue Cross"), certifies that Blue Cross has considered a) a budget for the costs of conducting the full course and various alternative courses of this litigation, and b) resolution of the litigation through the use of alternative dispute resolution programs.

/s/ Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
  Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA  02115
(617) 246-3500
joseph.halpern@bcbsma.com

March 16, 2005