# United States District Court
# District of Massachusetts

ANN DURHAM,
        Plaintiff,

V.                                CIVIL ACTION NO. 2005-11882-RBC

BLUE CROSS & BLUE SHIELD
      OF MASSACHUSETTS, INC.,
        Defendant.

## SCHEDULING ORDER

COLLINGS, U.S.M.J.

    The Court issues the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    The defendant shall file and serve a complete copy of the administrative record *on or before the close of business on Thursday, April 20, 2006.*

    (2)    The defendant shall file and serve a brief on the merits of the Complaint *on or before the close of business on Tuesday, June 20, 2006*; the

plaintiff shall file and serve a brief on the merits of the Complaint *on or before the close of business on Thursday, July 20, 2006;* the defendant may file and serve a reply brief (not to exceed seven pages) on the merits *on or before the close of business on Thursday, August 3, 2006.*

(3)   Oral argument on the merits is set for *Thursday, August 10, 2006 at 10:30 A.M.* at Courtroom #23, John Joseph Moakley United States Courthouse, Boston, Massachusetts.

/s/ Robert B. Collings
ROBERT B. COLLINGS
April 6, 2006.                                     United States Magistrate Judge