UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD<br>OF MASSACHUSETTS, INC., *et al.*<br><br>　　　　　Defendants. | NO. 05 – CV – 11882-WGY |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Attached hereto as Exhibit A is the Administrative Record in the above-captioned matter. For identification purposes only, the individual pages of the Administrative Record have been labeled with the prefix "AR" and range in number from "AR 001" through "AR 0586."

　　　　　　　　　　　　　　　　　　　BLUE CROSS AND BLUE SHIELD OF
　　　　　　　　　　　　　　　　　　　MASSACHUSETTS, INC. and LUMBERMENS
　　　　　　　　　　　　　　　　　　　MUTUAL CASUALTY COMPANY,

　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Edward S. Rooney, Jr.
　　　　　　　　　　　　　　　　　　　Edward S. Rooney, Jr. (BBO # 426840)
　　　　　　　　　　　　　　　　　　　ECKERT SEAMANS CHERIN & MELLOTT, LLC
　　　　　　　　　　　　　　　　　　　One International Place, 18th Floor
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　617.342.6800

OF COUNSEL:

David F. Schmidt
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600

Date:   April 20, 2006

{K0323562.1}

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DURHAM

V.                                           CASE NO. 05-CV-11882-WGY

BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC., ET AL.

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Administrative Record, labeled "AR0001" through "AR 0586."

The original documents are maintained in the case file in the Clerk's Office.

April 20, 2006                              *Edward S. Rooney, Jr. (kw)*
Date                                        Attorney for Blue Cross and Blue Shield
                                            of Massachusetts, Inc.
                                            Eckert Seamans Cherin & Mellott, LLC

                                            One International Place, 18th Floor

                                            Boston, MA 02110
                                            617-342-6800

(Notice of Filing.wpd - 7/03)