**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__Ann Durham__
        **Plaintiff**

        **V.**            **CIVIL CASE NO. 05-11882-RBC**

__Blue Cross and Blue Shield__
__Of Massachusetts, et al.__
        **Defendants**

**NOTICE AND ORDER**

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a Mediation Hearing__ on __July 27, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__ .

All parties with binding authority are REQUIRED to attend, leave of Court is needed for any exceptions. All confidential mediation briefs are REQUIRED to be SUBMITTED to the court VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS prior to the hearing.

                                                    SARAH A. THORNTON,
                                                    CLERK OF COURT

__5/31/2006__                                 By:   __/s/ Marc K. Duffy__
   Date                                                                Deputy Clerk

(ADR NOTICE (Durham).wpd - 3/7/2005)