## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No.:  05-11882-WGY**

| | |
|---|---|
| ANN DURHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., and | ) |
| LUMBERMENS CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ASSENTED-TO MOTION FOR LEAVE NOT TO ATTEND MEDIATION SESSION

With the assent of all parties, counsel for Defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") respectfully requests leave not to attend the mediation session scheduled for July 27, 2006 before Judge Bowler.  Plaintiff in this matter seeks monetary benefits under a fully insured plan.  As a result, BCBSMA is simply a nominal party and has no financial exposure or possible liability.  Counsel for co-defendant Lumbermens Mutual Casualty Company, the insurer, will attend the mediation and will have binding authority to resolve the matter completely.  In addition, counsel for BCBSMA will be on vacation the week of July 27,

but rescheduling of the mediation is not warranted.

By Its Attorneys,


/s/  Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
  Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA  02115
(617) 246-3500
joseph.halpern@bcbsma.com