UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br>　　　Plaintiff<br><br>　　v.<br><br>BLUE CROSS and BLUE SHIELD of<br>MASSACHUSETTS, INC. and<br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>　　　Defendants | CIVIL ACTION NO. 05-11882-RBC |

## ASSENTED TO MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b), defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Lumbermens Mutual Casualty Company ("Defendants") move to modify the Scheduling Order entered by Magistrate Judge Collings on April 6, 2006 with respect to the filing of dispositive motions, and as grounds in support thereof, state as follows:

　　1.　　Following a Scheduling Conference before Magistrate Judge Collings on April 6, 2006, Judge Collings entered the following Scheduling Order with respect to the filing of dispositive motions:

　　　　June 20, 2006 – Filing date for Defendants' brief on the merits;

　　　　July 20, 2006 – Filing date for Plaintiff's brief on the merits;

　　　　August 3, 2006 – Filing date for Defendants' reply brief; and

　　　　August 10, 2006 – Oral argument on the merits.

{K0327215.1}

2. Following the Scheduling Conference, the parties agreed to participate in mediation. Thereafter, the parties were notified that a mediation hearing had been scheduled for July 27, 2006 before Magistrate Judge Bowler.

3. In light of the foregoing order to participate in mediation on July 27, 2006, the parties respectfully request that the foregoing Scheduling Order of April 6, 2006 be modified so that the filing deadline for Defendants' brief on the merits is extended 30 days after the mediation conference on July 27, 2006, i.e. August 26, 2006, and that all subsequent filing deadlines be similarly extended so that the new deadlines are in accordance with the time periods of the original Order. If mediation is successful, all of these filing deadlines will become moot.

4. The allowance of this motion will allow the parties to avoid unnecessary expense if the mediation is successful. Plaintiff has assented to this motion. No party will be prejudiced if the schedule is modified as requested.

By their attorney,

/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr., BBO No. 426840
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

ASSENTED TO:

ANN DURHAM
By her attorney:

/s/ Thomas P. Collins
Thomas P. Collins, BBO No. 548124
10 Main Street, Suite L9
Andover, MA
(978) 475-8846

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 6/19/06.
By: E. S. Rooney

{K0327215.1}