UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN DURHAM,<br>      Plaintiff<br><br>v.<br><br>BLUE CROSS and BLUE SHIELD of<br>MASSACHUSETTS, INC. and<br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>      Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11882- RBC<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and the attached Affidavits and Certificates of Good Standing, the undersigned counsel moves the admission *pro hac vice* of Rachel Urquhart and Michael Leonard (the "Admittees"), of the law firm Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, Illinois 60606. The admittees will be representing the following defendants - Blue Cross and Blue Shield of Massachusetts, Inc. and Lumbermens Mutual Casualty Company - in the above-entitled case.

                                                   Respectfully submitted,

                                                   /s/ Edward S. Rooney, Jr.
                                                   Edward S. Rooney, Jr., BBO No. 426840
                                                   ECKERT SEAMANS CHERIN &
                                                   MELLOTT, LLC
                                                   One International Place, 18th Floor
                                                   Boston, MA  02110
                                                   (617) 342-6800

ASSENTED TO:

ANN DURHAM
By her attorney:

/s/ Thomas P. Collins
Thomas P. Collins, BBO No. 548124
10 Main Street, Suite L9
Andover, MA
(978) 475-8846

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 7/12/06
By: E. S. Rooney Jr.

{K0327215.1}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br><br>   Plaintiff,<br><br>  vs.<br><br>BLUE CROSS AND BLUE SHIELD MASSACHUSETTS, and<br>LUMBERMENS CASUALTY COMPANY,<br><br>   Defendants. | No. 05-CV-1 1882-WGY |

## **AFFIDAVIT**

I, Rachel S. Urquhart, being first duly sworn and under oath state that I am fully familiar with the facts set forth herein, and would competently and truthfully testify the same if called upon to do so at deposition or trial.

1. My name is Rachel S. Urquhart.

2. I am admitted to practice before the Supreme Courts of Michigan and Illinois, the United States Courts of Appeals for the Sixth Circuit, and the United States District Courts for the Eastern and Western Districts of Michigan and the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

sparrow

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Rachel S. Urquhart

SUBSCRIBED AND SWORN to before me this 13th day of June, 2006.

_____
Notary Public

OFFICIAL SEAL
SHARON B FINERON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-20-07

M:\11130\pleading\affidavit-RU.doc

2

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Rachel Shaskos Urquhart

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Rachel Shaskos Urquhart was duly admitted to practice in said Court on (03/24/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/13/2006 )

Michael W. Dobbins, Clerk

By: Liri Isufi
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br><br>          Plaintiff,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD MASSACHUSETTS, and<br>LUMBERMENS CASUALTY COMPANY,<br><br>          Defendants. | No. 05-CV-1 1882-WGY |

## **AFFIDAVIT**

I, Michael I. Leonard, being first duly sworn and under oath state that I am fully familiar with the facts set forth herein, and would competently and truthfully testify the same if called upon to do so at deposition or trial.

1. My name is Michael I. Leonard.

2. I am admitted to practice before the Supreme Court of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Michael T. Leonard

SUBSCRIBED AND SWORN to
before me this 13th day of
June, 2006.

_____
Notary Public

OFFICIAL SEAL
SHARON B FINERON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-20-07

M:\11130\pleading\affidavit-MIL.doc

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael Irving Leonard

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael Irving Leonard was duly admitted to practice in said Court on (12/19/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/13/2006)

Michael W. Dobbins, Clerk,

By: Liri Isufi
     Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/251287Certificate.htm      6/13/2006