IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN DURHAM,<br>      Plaintiff<br><br>v.<br><br>BLUE CROSS and BLUE SHIELD OF<br>MASSACHUSETTS, INC. and<br>LUMBERMENS MUTUAL CASUALTY<br>COMPANY,<br>      Defendants. | CIVIL ACTION NO:<br>NO: 05-CV-11882- RBC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, I, David F. Schmidt, of the law firm of Chittenden, Murday & Novotny LLC, hereby withdraw my appearance as counsel for defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Lumbermens Mutual Casualty Company ("Defendants"), in the above-entitled case.

Defendants will continue to be represented by Edward S. Rooney, Jr. of the law firm Eckert Seamans Cherin & Mellott LLC.

There are no motions pending before the court.

No trial date has been set.

I am informed and believe that a mediation conference has been scheduled for September 5, 2006 before Magistrate Judge Bowler. I am further informed and believe that Defendants will be represented at this mediation by an attorney from the law firm of Meckler, Bulger & Tilson, LLP of Chicago, Illinois, who has been admitted *pro hac vice*.

Plaintiff's counsel Thomas P. Collins has advised local counsel Edward S. Rooney, Jr. that he has no opposition to my withdrawing from the case on behalf of the Defendants.

{K0328693.1}

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 12, 2006 | /s/ David F. Schmidt<br>David F. Schmidt (*Pro Hac Vice*)<br>303 West Madison Street<br>Suite 1400<br>Chicago, IL 60606<br>Tel.: (312) 281-3600<br>Fax: (312) 281-3678<br>E-mail: dschmidt@cmn-law.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 7/12/06

By: [signature]

{K0328693.1} 2