# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Edward S. Rooney, Jr.
617.342.6863
erooney@eckertseamans.com

FILED
IN CLERKS OFFICE

2006 JUL 12 P 3:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 12, 2006

ROUNDTRIP HAND DELIVERY

Clerk's Office, Civil Business
United States District Court for the
District of Massachusetts.
1 Courthouse Way
Boston, Massachusetts 02210

FILING FEE PAID: 73705
RECEIPT #
AMOUNT $ 100.00
BY DPTY CLK
DATE 7/13/06

Re:  Ann Durham v. Blue Cross and Blue Shield of Massachusetts, Inc., et al.
     No. 05-CV-11882-RBC

Dear Sir/Madam:

I have enclosed a copy of the Notice of Electronic Filing in reference to a Motion for Admission *Pro Hac Vice* relative to the admission of two attorneys in the above referenced matter, which was electronically filed earlier today, together with our firm's check in the amount of $100.00 to cover the cost of the same.

Please sign and date-stamp a copy of this letter and return the same to my messenger.

Thank you.

Very truly yours,

E. S. Rooney

Edward S. Rooney, Jr.

ESR/me
Check encls.