# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ANN DURHAM,
  Plaintiff,

v.

CIVIL ACTION NO:
05-11882-RBC

BLUE CROSS & BLUE SHIELD
OF MASSACHUSETTS, INC., et al
  Defendants.

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

  Counsel have advised that the above-styled case has settled.

  Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Wednesday, September 27, 2006.**

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 11, 2006

Copy to All Counsel