UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN DURHAM,

      Plaintiff

CIVIL ACTION NO. 05-CV-11882-WGY

v.

BLUE CROSS and BLUE SHIELD
of MASSACHUSETTS, INC.
and
LUMBERMENS MUTUAL CASUALTY COMPANY
      Defendants

### PARTIES JOINT STIPULATION OF DISMISSAL

Now come the Parties in the above captioned matter, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that said action is dismissed with prejudice and without costs or attorneys' fees.

All rights of appeal are waived

The Plaintiff, Ann Durham
By Her Attorney

_____
Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA. 01810
MA BBO # 548124
(978) 475-8846


The Defendants, Blue Cross and Blue Shield of
Massachusetts, Inc. and Lumbermens Mutual Casualty
Company
By Their Attorney

_____
Rachel Urquhart, esq.
Meckler, Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7944

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 9/15/06
By: _____